# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | CASE NO. 1:09-cv-00643-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IFP OR PAY FILING FEE WITHIN THIRTY DAYS |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | THIRTY (30) DAY DEADLINE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. On April 13, 2009, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee within forty-five days. On May 20, 2009, Plaintiff submitted a motion for a court order commanding prison officials to produce a copy of Plaintiff's prison trust account statement.[1]

A prison trust account statement is not an application to proceed in forma pauperis. Plaintiff must still submit an application to proceed in forma pauperis or pay the $350.00 filing fee.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Plaintiff another application to proceed in forma pauperis. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **July 6, 2009**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 1, 2009, the Court received Plaintiff's Inmate Statement Report. (Doc. 6.)

1